# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **INTEGRITY ENERGY, LTD.,** | ) CASE NO. 1:18 CV 978 |
| **Plaintiff,** | ) |
| v. | ) JUDGE DONALD C. NUGENT |
| | ) |
| | ) MEMORANDUM OPINION |
| **JERRAN HUNTER, et al.,** | ) AND ORDER |
| **Defendants.** | ) |

This matter is before the Court on Plaintiff, Integrity Energy, LTD.'s Motion to Compel Complete Discovery Responses from Defendants (Docket #59); Motion to Compel Complete Document Production in Response to Subpoenas to Robert Staples, Andrea Staples, Brian Gilmore, Premier Marketing Solutions and the H.O.P.E. Network (Docket #62); and, Motion to Compel Complete Subpoena Response from Consumers Energy Bureau, LLC (Docket #76). The Motions are fully briefed and ripe for review.

The Court has reviewed all documents of record in this case including its previous rulings, status conference minutes, and the briefs submitted by the Parties, along with all supporting exhibits. Fed. R. Civ. P. 26(b)(1) states, "Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the

proposed discovery outweighs its likely benefit."

Plaintiff's Motions to Compel (Docket #s 59, 62 and 76) are hereby GRANTED in their entirety. The Parties shall confer regarding a mutually agreeable protective order, to be filed with the Court.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
Senior United States District Judge

DATED: March 30, 2020