IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| INTEGRITY ENERGY, Ltd., *et al.*, | ) | CASE NO. 1:18 CV 978 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| JEROME HUNTER, *et al.*, | ) | <u>MEMORANDUM OPINION</u> |
| | ) | <u>AND ORDER</u> |
| Defendants. | ) | |

This matter is before the Court on Defendants' Motion for In Camera Inspection of Documents. (ECF #125). Plaintiffs filed an Opposition to the request, and Defendants' filed a Reply in Support. (ECF #150, 151). The documents Defendants seek area group of documents produced by Plaintiff with redactions based on claims of attorney-client privilege and/or work product. Plaintiff's Opposition indicates that many of the listed documents have already been produced separately under different Bates numbers, and contends that the redacted portions of the documents at issue contain privileged information and are not legitimately subject to discovery. Having reviewed the submissions of both parties, as well as prior rulings and submissions related to the scope of discovery in this case, the Court finds that an in camera review of the documents at issue is warranted. The Defendants' Reply does not contest Plaintiff's representation that certain of the requested documents are duplicates of documents they have already received.

Therefore, only the documents listed on pages 4 and 5 of the Opposition shall be subject to *in camera* review. (ECF #150). Plaintiff shall have until November 30, 2020 to submit these documents to the Court.

    IT IS SO ORDERED.

                                                                                                     */s/ Donald C. Nugent*
                                                                                                   Donald C. Nugent
                                                                                                   United Stated District Judge

Date: *November 16, 2020*